JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 511 -- In re First Federal Savings and Loan Assoc. of Niles, Mich.

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/06/09 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, EXHIBITS, CERT. OF SVC. -- Standard Federal Savings and Loan Assoc. and Federal Savings and Loan Ins. Corp. (eaf) SUGGESTED TRANSFEREE DISTRICT: W.D. Mich. SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 82/21/06 | | APPEARANCES -- J. Stephen Walker, Esq. for Lehman Gov't Sec., Inc.; Donald S. Young, Esq. for Federal Savings and Loan Ins., Corp. and Standard Federal Savings and Loan Assoc.; Catherine A. Ludden, Esq. for Paine Webber Real Estate Sec., Inc. and Paine, Webber, Jackson & Curtis Inc.; W. Michael Drake, Esq. for Bevill, Bresler & Schulman, Inc., Bevill, Bresler & Schulman Gov't Sec., Inc. and Bevill, Breseler & Schulman Asset Mgmt, Corp.; Ronald S. Herzog, Esq. for Thomson McKinnon Sec., Inc.; Steven S. Radin, Esq. for defts. Thompson, Peace, Warren, Swinehart, Halbritter, Holland, Doepker, Tyler and Parnell; David W. Crooks, Esq. for Umic, Inc. Umic Gov't Sec., Inc., Marcus, Stowell & Beye, Marcus, Stowell & Beye Gov't Sec., Inc. and Marcus, Stowell & Bey Sec., Inc.; Keith F. Bode, Esq. for Oppenheimer Gov't Sec., Inc.; Richard D. Weinberg, Esq. for McKeige & Co., Inc.; Stephen A. Marshall, Esq. for Cantor, Fitzgerald Agency Corp. (eaf) |
| 82/06/22 | | APPEARANCE -- Harold C. Hirshman, Esq. for Coopers & Lybrand. (eaf) |
| 82/06/23 | | APPEARANCE -- BRUCE H. SCHNEIDER, ESQ. for Robert E. Bean; Donald L. Boyer; Ralph L. Peterson; Donald R. Groenleer (ds) |
| 82/06/24 | 2 | JOINDER IN MOTION, SVC. -- Defts. Thompson, Peace, Warren, Swinehart, Halbritter, Holland, Doepker, Tyler & Parnell. (eaf) |
| 82/06/24 | 3 | RESPONSE, MEMORANDUM, CERT. OF SVC., AFFIDAVIT OF CATHERINE A. LUDDEN, EXHIBITS -- Paine Webber Real Estate Securities Inc., and Paine, Webber, Jackson & Curtis, Inc. (eaf) |
| 82/06/24 | | APPEARANCE -- Philip T. Carter, Esq. for Aetna Casualty & Surety Co. (eaf) |
| 82/06/24 | 4 | NOTICE, RESPONSE, BRIEF, CERT. OF SVC. -- Lehman Gov't Securities, Inc. (eaf) |
| 82/06/25 | 5 | RESPONSE, CERT. OF SVC. -- Aetna Casualty & Surety Co. (eaf) |
| 82/06/25 | 6 | MEMORANDUM, CERT. OF SVC. -- McKeige & Co., Inc. (eaf) |
| 82/06/28 | | APPEARANCE -- Bruce H. Schneider, Esq. for Robert L. Landgraf |
| 82/07/02 | 7 | REPLY BRIEF, W/EXHIBITS A - C, AND CERT. OF SERVICE -- Standard Federal Savings & Loan Assoc. and Federal Savings and Loan Ins. Corp. (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/07/15 | 8 | AFFIDAVIT IN SUPPORT OF MOTION, CERT. OF SVC. -- Defts. Bean, Boyer, Peterson and Groenleer. (eaf) |
| 82/08/09 | 9 | LETTER -- Notification of Additional Action (FSLIC v. G. Adrian Thompson, S.D. N.Y., 82 Civ 811) -- pltfs. Fed. Savings & Loan Ins. Corp. -- w/svc. (emh) |
| 82/08/09 | 10 | RESPONSE (to Pleading No. 9) -- Interested Party - G.A. Thompson (Defts. in 82 Civ 811) -- w/ Exhibit & cert. of svc.(emh) |
| 82/08/10 | 11 | LETTER -- Notification of Additional Action -- FSLIC v. James R. Yocum, et al., W.D. Mich., K-82-220 CA8 filed by pltfs. FSLIC -- w/svc. (emh) |
| 82/08/11 | 12 | RESPONSE -- (Interested Party) ICON Group, Inc. -- to Pleading No. 9 -- w/Exhibit and cert. of svc. (emh) |
| 82/08/20 | | HEARING ORDER -- Setting motion to transfer A-1 thur A-14 for ~~hear~~ Panel hearing in Oklahoma City, Oklahoma on September 23, 1982 (ds) |
| 82/09/14 | 13 | LETTER -- G.A. Thompson & Co., Inc. and majority of defendants in a potential tag-along action Federal Savings & Loan Ins. Corp. v. G.A. Thompson & Co., Inc., et al., S.D.N.Y., C.A. No. 82-Civ-11 -- Request for Oral Argument at 9/23/82 hearing w/svc. (ds) |
| 82/09/17 | | HEARING APPEARANCES -- Donald S. Young, Esq. for Fed. Sav. and Loan Ins. Corp. and Standard Fed. Sav. and Loan assoc.; Catherine A. Ludden, Esq. for Paine, Webber, Jackson & Curtis Inc. and Paine Webber Real Estate Sec.; Jeffrey L. Zivyak, Esq. for G. Adrian Thompson, G.A. Thompson & Co., Inc., G.A. Thompson Sec. Corp.; G.A. Thompson Group, Inc.; Clara Laughlin Travel Services, Inc. and Ridgeway Ltd. Partnership No. 19; Harold C. Hirshman, Esq. for Coopers & Lybrand. (eaf) |
| 82/09/17 | | WAIVERS OF ORAL ARGUMENT -- Defts. Bean, Boyer, Peterson and Groenleer; Defts. Thompson, Peace, Warren, Swinehart, Hallbritter, Holland, Doepker, Tyler and Parnell; Umic, Inc., et al. and Marcus, Stowell, & Boye, et al.; McKeige & Co., Inc.; Cantor, Fitzgerald Agency Corp.; Benill Bressler & Schulman, et al.; Aetna Casualty and Surety Co.; ThomsonMcKinnon Sec. Inc.; Oppenheimer Govt' Sec., Inc.; and Lehman Gov't Sec. Inc. (eaf) |
| 82/10/28 | | CONSENT OF TRANSFEREE DISTRICT -- Signed by Chief Judge Wendell Miles (cds) |
| 82/10/28 | | TRANSFER ORDER -- Transferring A-14 and A-15 to the Western District of Michigan with A-1 through A-13 which are pending there and assigning the actions to the Honorable Benjamin F. Gibson -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 511 --   In re First Federal Savings & Loan Assoc. of Niles, Michigan

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/10 | | SUGGESTION FOR REMAND -- A-14 and A-15 -- signed by Judge Benjamin F. Gibson (W.D. Michigan) dated 12/16/85 |
| 86/01/10 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-14 Paine Webber Real Estate Sec., Inc. v. Standard Federal Savings & Loan Assoc., et al., W.D. Mich., C.A. No. K82-361-CA (S.D. N.Y., C.A. No. 81-Civ-6421) and A-15 Federal Savings & Loan Insurance Corp. v. G. Adrian Thompson, et al., W.D. Mich., C.A. No. K82-360-CA (S.D. N.Y., C.A. No. 82-Civ-811(WK)) -- Notified involved counsel and judge (rh) |
| 86/01/28 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- (A-14) Paine Webber Real Estate Sec., Inc. v. Standard Federal Savings & Loan Assoc., et al., W.D. Mich., K82-361-CA (S.D.N.Y., 81-Civ-6421); (A-15) Federal Savings & Loan Ins. Corp. v. G. Adrian Thompson, et al., W.D. Mich., K82-360-CA (S.D.N.Y., 82-Civ-811(WK)) -- NOTIFIED INVOLVED JUDGE AND CLERKS  (cds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 511 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re First Federal Savings and Loan Assoc. of Niles, Mich.

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 28, 1982 | TO | unpublished | W.D. Michigan  646 | Benjamin F. Gibson | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1 — LISTING OF INVOLVED ACTIONS — HONORABLE BENJAMIN F. GIBSON, WESTERN DISTRICT OF MICHIGAN

DOCKET NO. 511 -- In re First Federal Savings and Loan Assoc. of Niles, Mich.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lehman Gov't Securities, Inc. v. First Fed. Savings & Loan Assoc. of Niles, Mich., et al. | W.D.Mich. Gibson | K81-39-CA8 | | | 11/19/85 D | |
| A-2 | Federal Savings and Loan Ins. Corp. v. Lehman Gov't Sec., Inc., et al. | W.D.Mich. Gibson | K81-129-CA8 | | | 11/19/85 D | |
| A-3 | Federal Savings & Loan Ins. Corp. v. Bevill, Bresler & Schulman, Inc., et al | W.D.Mich. Gibson | K81-151-CA8 | | | 11/6/87 D | |
| A-4 | Federal Savings & Loan Ins. Corp. v. Paine, Webber, Jackson & Curtis, Inc. et al. | W.D.Mich. Gibson | K81-179-CA8 | | | 3/18/88 D | |
| A-5 | Federal Savings & Loan Ins. Corp. v. Cantor, Fitzgerald Agency Corp., et al. | W.D.Mich. Gibson | K81-182-CA8 | | | 11/19/85 D | |
| A-6 | Federal Savings & Loan Ins. Corp. v. Thomson McKinnon Sec., Inc., et al. | W.D.Mich. Gibson | K81-183-CA8 | | | 11/19/85 D | |
| A-7 | Federal Savings & Loan Ins. Corp. v. Westcap Gov't Sec., Inc., et al. | W.D.Mich. Gibson | K81-220-CA8 | | | 11/19/85 D | |
| A-8 | Federal Savings & Loan Ins. Corp. v. McKeige & Co., Inc., et al. | W.D.Mich. Gibson | K81-265-CA8 | | | 11/19/85 D | |
| A-9 | Federal Savings & Loan Ins. Corp. v. Umic, Inc., et al. | W.D.Mich. Gibson | K81-266-CA8 | | | 11/19/85 D | |
| A-10 | Federal Savings & Loan Ins. Corp. v. Marcus, Stowell & Beye, et al. | W.D.Mich. Gibson | K81-291-CA8 | | | 11/19/85 D | |

DOCKET NO. 511 -- In re First Federal Savings and Loan Assoc. of Niles, Mich.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Federal Savings & Loan Ins. Corp. v. Oppenheimer Gov't Sec., Inc., et al. | W.D.MICH. Gibson | K81-339-CA8 | | | 11/19/85 D | |
| A-12 | Federal Savings & Loan Ins. Corp. v. Coopers & Lybrand | W.D.Mich. | K82-01-CA8 | | | 3/4/88 D | |
| A-13 | Federal Savings & Loan Ins., Corp. v. The Aetna Casualty & Surety Co. | W.D.Mich. | K82-152-CA | | | 11/19/85 D | |
| A-14 | Paine Webber Real Estate Sec., Inc. v. Standard Federal Savings & Loan Assoc., et al. | S.D.N.Y. Griesa | 81-Civ. 6421 | 10/28/82 | K82-361 CA | 1/28/86 D | |
| A-15 | Federal Savings & Loan Insurance Corp. v. G. Adrian Thompson, et al. | S.D.N.Y. Knapp | 82 Civ 811(WK) | 10/28/82 | K82-360 | 1/28/86 D | |
| XYZ-16 | Federal Savings & Loan Insurance Corp. v. James R. Yocum, et al. | W.D.Mich. | K-82-220 CA8 | | | 3/28/88 D | |
| XYZ-17 | The Aetna Casualty and Surety Co. v. Lawrence P. Sundblad, et al. | W.D.Mich | K83-279 CA8 | | | 5/30/85 D | |
| XYZ-18 | Robert E. Bean, et al. v. Standard Federal Savings and Loan Assn., et al. | W.D.Mich | K82-428 CA8 | | | 5/30/85 D | |

July, 1983 - 2 TR/14 XYZ/16 Pdg.

July 1984 - 2 XYZ-18 Pdg.
July 1985 - 2 Dis/16 Pdg.
July 1986 - 10 Dis/4 Pdg.
  2 Rem/
July 1987 - 4 Pdg.
July 1988 - 4 Dis/ Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 511 -- IN RE FIRST FEDERAL SAVINGS AND LOAN ASSOC. OF NILES, MICH.

---

LEHMAN GOVERNMENT SECURITIES, INC. (A-1)
J. Stephen Walker, Esquire
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611

FEDERAL SAVINGS AND LOAN INSURANCE CORP. (A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-15) STANDARD FEDERAL SAVINGS AND LOAN ASSOCIATION
Donald S. Young, Esquire
Dykema, Gossett, Spencer, Goodnow & Trigg
35th Floor
400 Renaissance Center
Detroit, Michigan 48243

PAINE WEBBER REAL ESTATE SECURITIES INC. (A-14)
PAINE, WEBBER, JACKSON & CURTIS INC.
Catherine A. Ludden, Esquire
Gaston, Snow Beekman & Bogue
14 Wall Street
New York, New York 10005

BEVILL, BRESLER & SCHULMAN, INC.
BEVILL, BRESLER & SCHULMAN GOVERNMENT SECURITIES, INC.
BEVILL, BRESLER & SCHULMAN ASSET MANAGEMENT CORP
W. Michael Drake, Esquire
Drake & Larson, P.A.
6750 France Avenue South
Suite 216
Minneapolis, Minnesota 55435-1985

THOMSON MCKINNON SECURITIES INC.
Ronald S. Herzog, Esquire
Hall, McNicol, Hamilton, Clerk & Murray
16th Floor
220 East 42nd Street
New York, New York 10017

JAMES E. THOMPSON, WILLIAM D. PEACE, RICHARD B. WARREN, LEO G. SWINEHART, THEODORE L. HALBRITTER, DWIGHT HOLLAND, BERNARD E. DOEPKER, TAYLOR TYLER AND JOHN G. PARNELL
Steven S. Radin, Esquire
Stroock & Stroock & Lavan
61 Broadway
New York, New York 10006

UMIC, INC.
UMIC GOVERNMENT SECURITIES, INC.
MARCUS, STOWELL & BEYE
MARCUS, STOWELL & BEYE GOVERNMENT SECURITIES, INC.
MARCUS, STOWELL & BEYE SECURITIES INC.
David W. Crooks, Esquire
Warner, Norcross & Judd
900 Old Kent Building
Grand Rapids, Michigan 49503

OPPENHEIMER GOVERNMENT SECURITIES, INC.
Keith F. Bode, Esquire
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611

MCKEIGE & CO., INC.
Richard D. Weinberg, Esquire
Shereff, Friedman, Hoffman & Goodman
919 Third Avenue
New York, New York 10022

CANTOR, FITZGERALD AGENCY CORP.
Stephen A. Marshall, Esquire
Rubin, Baum, Levin, Constant & Friedman
645 Fifth Avenue
New York, New York 10022

DOCKET NO. 511 -- IN RE FIRST FEDERAL SAVINGS AND LOAN ASSOC. OF NILES, MICH.

ROBERT L. LANDGRAF
ROBERT E. BEAN
DONALD L. BOYER
RALPH L. PETERSON
DONALD R. GROENLEER
Bruce H. Schneider, Esq.
Stroock & Stroock & Lavan
61 Broadway
New York, New York

RUTHANN ROBINSON
MARILYN SWARTZ
LAWRENCE P. SUNDBLAD
Thomas Fette, Esq
Ryan, McQuillan, VanderPloeg &
  Fette     (No. App. Rec'd)
811 Ship Street
P.O. Box J
St. Joseph, Michigan  49085

WESTCAP GOVERNMENT SECURITIES, INC.
Lawrence G. Campbell, Esquire
Dinkinson, Wright, Moon,
  VanDusen & Freeman  (No App.
800 First National Bldg.    Rec'd)
Detroit, Michigan  48226

BRUCE M. GIACOMA
Stephen Wasinger, Esquire
Honigman, Miller,  (No App. Rec'd)
Schwartz & Cohn
2290 First National Bldg.
Detroit, Michigan  48226

COOPERS & LYBRAND
Harold C. Hirshman, Esq.
Sonnenschein, Carlin, Nath &
  Rosenthal
8000 Sears Tower
Chicago, Ill.  60606

THE AETNA CASUALTY AND SURETY CO.
Philip Carter, Esq.
Foster, Swift, Collins & Coey
313 S. Washington Square
Lansing, Michigan  48933

ICON GROUP, INC.
Eisenberg, Honig, Meyer
  & Fogler
270 Madison Avenue
New York, New York  10016

G. ADRIAN THOMPSON
G. A. THOMPSON & CO., INC.
G. A. THOMPSON SECURITIES CORP.
G. A. THOMPSON ASSOCIATES, INC.
G. A. THOMPSON GROUP, INC.
CLARA LAUGHLIN TRAVEL SERVICES, INC.
RIDGEWAY LIMITED PARTNERSHIP NO. 109
Katz, Robinso, Brog & Seymour
10 East 40th Street
New York, New York  10016

JAMES YOCUM
801 Mockingbird Lane
Marietta, GA  30067

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 511 -- In re First Federal Savings and Loan Assoc. of Niles, Mich.

| Name of Party | Named as Party in Following Actions |
|---|---|
| First Federal Savings & Loan Assoc. of Niles, MI | A-1 |
| Standard Federal Savings & Loan Assoc. | A-1 |
| Lehman Gov't Securities, Inc. | A-2 |
| John Doe | A-2, A-3, A-5, A-6, A-7, A-9, A-10, A-11 |
| James R. Yocum | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Robert E. Bean | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| James E. Thompson | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Ruthann Robinson | A-2 |
| Leo G. Swinehart | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| William D. Peace | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Robert L. Landgraf | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |

| | |
|---|---|
| Ted L. Halbritter (Theodore) | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Dwight Holland | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Taylor Tyler | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Bernard E. Doepker | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| John G. Parnell | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Richard B. Warren | A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11 |
| Bevill, Bresler & Schulman Inc. | A-3 |
| Bevill, Bresler & Schulman Gov't Securities Inc. | A-3 |
| Bevill, Bresler & Schulman Asset Management Corp. | A-3 |
| Paine, Webber, Jackson & Curtis, Inc. | A-4 |
| Paine Webber Real Estate Securities, Inc. | A-4 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 511 -- In re First Fed. Savings & Loan Assoc. of Niles, Mich.

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cantor, Fitzgerald Agency Corp. | A-5 |
| Lawrence P. Sundblad | A-5, 17 |
| Marilyn Swartz | A-5 |
| Thomson McKinnon Securities Inc. | A-6 |
| Westcap Gov't Securities, Inc. | A-7 |
| Ralph L. Peterson | A-7 |
| McKeige & Co., Inc. | A-8 |
| Bruce M. Giacoma | A-8 |
| Umic, Inc. | A-9 |
| Umic Gov't Securities, Inc. | A-9 |
| Marcus, Stowell & Beye Gov't Sec. Inc. | A-10 |

p. 4

| | |
|---|---|
| ~~Govt Securities,~~ Inc. <br> E. Adrian Thompson | A-15 |
| Marcus, Stowell & Beye Securities, Inc. | A-10 |
| Marcus, Stowell & Beye, Inc. | A-10 |
| Oppenheimer Gov't Securities, Inc. | A-11 |
| Coopers & Lybrand | A-12, 17 |
| The Aetna Casualty and Surety Co. | A-13 |
| Donald L. Boyer | A-14, 17 |
| Donald R. Groenleer | A-14 |
| G. A. Thompson & Co., Inc. | A-15 |
| G.A. Thompson Securities Corp. | A-15 |
| G. A. Thompson Group, Inc. | A-15 |

James E. Thompson   17

Robert E Bean   17

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 511 -- In re First Federal Savings & Loan Assoc. of Niles, Mich.

| Name of Party | Named as Party in Following Actions |
|---|---|
| G.A. Thompson Associates, Inc. | A-15 |
| Icon Group, Inc. | A-15 |
| Clara Laughlin Travel Services, Inc. | A-15 |
| Ridgeway Limited Partnership No. 109 | A-15 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |