DOCKET NO. 511

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF NILES, MICHIGAN

TRANSFER ORDER

This litigation consists of fifteen actions pending in two federal districts: thirteen in the Western District of Michigan and two in the Southern District of New York. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the Federal Savings and Loan Insurance Corporation and Standard Federal Savings and Loan Association, to transfer one action pending in the Southern District of New York to the Western District of Michigan for coordinated or consolidated pretrial proceedings with the actions pending there.[1]

The Panel finds on the basis of the papers submitted and the hearing held that the actions in this litigation raise common questions of fact and that centralization of all actions in the Western District of Michigan under Section 1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share numerous factual questions relating to the issue of the authority vel non of James Yocum, the former president of the First Federal Savings and Loan Association of Niles, Michigan (First Federal), to enter into a series of securities transactions that allegedly led to the financial demise of First Federal. Centralization under Section 1407 is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

[1]   The motion did not include the Thompson action pending in the Southern District of New York. In fact, movants, as well as one defendant in the Thompson action, oppose transfer of that action to the Western District of Michigan. The Thompson action is included in the matter before us, however, because all parties to that action 1) have stated in writing their respective positions regarding transfer of the Thompson action; and 2) have appeared at the Panel hearing.

The Panel also has been advised of a related action captioned Federal Savings and Loan Insurance Corporation v. James R. Yocum, et al., W.D. Michigan, C.A. No. K82-220-CA8. This action will be treated as a potential tag-along action. See Rule 10(a), R.P.J.P.M.L., 89 F.R.D. 273, 279 (1981).

The Western District of Michigan is clearly the preferable transferee district. Thirteen of fifteen actions are already pending in that district, and many key witnesses and relevant documents are likely to be found in the State of Michigan.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby are, transferred to the Western District of Michigan and, with the consent of that court, assigned to the Honorable Benjamin F. Gibson for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

<u>Schedule A</u>

MDL-511 -- In re First Federal Savings and Loan Association of Niles, Michigan

<u>Southern District of New York</u>
<u>Federal Savings & Loan Ins. Corp. v. G. Adrian Thompson, et al.,</u> C.A. No. 82 Civ. 811
<u>Paine Webber Real Estate Sec., Inc. v. Standard Federal Savings and Loan Association, et al.,</u> C.A. No. 81 Civ. 6421
<u>Western District of Michigan</u>
<u>Lehman Government Securities, Inc. v. First Federal Savings & Loan Association of Niles, Michigan, et al.,</u> C. A. No. K81-39-CA8
<u>Federal Savings and Loan Ins. Corp. v. Lehman Government,</u> C.A. No. K81-129-CA8
<u>Federal Savings & Loan Ins. Corp. v. Bevill, Bresler & Schulman, Inc., et al.,</u> C.A. No. K81-151-CA8
<u>Federal Savings & Loan Ins. Corp. v. Paine, Webber, Jackson & Curtis, Inc., et al.,</u> C.A. No. K81-179-CA8
<u>Federal Savings & Loan Ins. Corp. v. Cantor, Fitzgerald Agency Corp., et al.,</u> C.A. No. K81-182-CA8
<u>Federal Savings & Loan Ins. Corp. v. Thomson McKinnon Sec., Inc., et al.,</u> C.A. No. K81-183-CA8
<u>Federal Savings & Loan Ins. Corp. v. Westcap Government Sec., Inc., et al.,</u> C.A. No. K81-220-CA8
<u>Federal Savings & Loan Ins. Corp. v. McKeige & Co., Inc., et al.,</u> C.A. No. K81-265-CA8
<u>Federal Savings & Loan Ins. Corp. v. Umic, Inc., et al.,</u> C.A. No. K81-266-CA8
<u>Federal Savings & Loan Ins. Corp. v. Marcus, Stowell & Beye, et al.,</u> C.A. No. K81-291-CA8
<u>Federal Savings & Loan Ins. Corp. v. Oppenheimer Government Sec., Inc., et al.,</u> C.A. No. K81-339-CA8
<u>Federal Savings & Loan Ins. Corp. v. Coopers & Lybrand,</u> C.A. No. K82-01-CA8
<u>Federal Savings & Loan Ins., Corp. v. The Aetna Casualty & Surety Co.,</u> C.A.No. K82-152-CA